UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Michael.A.Artis@usdoj.gov

**Order Filed on October 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Whairhouse Real Estate Investments, LLC,

Debtor, *pro se*.

Chapter 11

Case No. 23-16723 (RG)

Hearing Date: October 3, 2023, at 11:00 a.m.

Judge: Rosemary Gambardella

## ORDER DIRECTING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

The relief set forth on the following pages, number two (2) through (2) is hereby **ORDERED**.

......

**DATED: October 5, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Whairhouse Real Estate Investments, LLC

Case No.:  23-16723 (RG)

**ORDER DIRECTING THE APPOINTMENT OF CHAPTER 11 TRUSTEE**

---

This matter coming before the Court on August 4, 2023, by way of a Voluntary Chapter 11 Petition filed by Whairhouse Real Estate Investments, LLC ("Whairhouse" or "Debtor"), without schedules and other required documents; and the Court Scheduling an Order to Show Cause to consider whether the Whairhouse case should be dismissed for the failure of the Debtor to file missing documents and the failure of the Debtor to retain counsel as a corporate debtor; and the Court also considering the motion for the appointment of a chapter 11 trustee by petitioning creditors, by and through counsel, in a related voluntary chapter 11 case, Taylor Court Apartments LLC, Chapter 11, case No. 23-16641(RG); and a related involuntary chapter 11 case, Whairhouse Limited Liability Company, Chapter 11, case No. 23-17272(RG); and the Debtor's representative failing to appear for the scheduled chapter 11 status conference; and the Court having determined that the sua sponte appointment of a chapter 11 trustee is in the best interest of the Debtor's estate, creditors, and other parties in interest; and after deliberation and for good cause shown, and for the reasons stated on the record it is hereby:

**ORDERED** that the United States Trustee is directed to appoint a chapter 11 Trustee in the case of Whairhouse Real Estate Investments, LLC, Case No.: 23-16723 (RG) pursuant to 11 U.S.C. §§ 1104 and 105 to preserve the assets of the Debtor and to perform all duties pursuant to 11 U.S.C. § 704.