| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Mark Politan, Ch. 11 Trustee* | |
| In re:<br><br>WHAIRHOUSE REAL ESTATE INVESTMENTS, LLC,[1]<br><br>Debtors. | Case No. 23-16723 (RG)<br>(Jointly Administered)<br><br>Chapter 11 |

## NOTICE OF DEFAULT

**PLEASE TAKE NOTICE,** that on December 4, 2023, counsel for Mark Politan, Chapter 11 Trustee (the "Trustee") in the bankruptcy proceedings of Whairhouse Real Estate Investments, LLC, Taylor Court Apartments LLC and Whairhouse Limited Liability Company (collectively referred to as the "Debtors"), filed a Motion for an Order (I) Compelling Cesar Pina, Jennifer Iturralde Pina and Raashan Casey to Comply with the Trustee's Rule 2003 Subpoena, (II) Compelling Whairhouse Limited Liability to Produce Insurance; and (iii) for related relief (the "Motion")[2] [Doc No. 45].

**PLEASE TAKE FURTHER NOTICE**, that on December 20, 2023, Honorable Rosemary Gambardella, U.S.B.J. entered the Order granting the Motion (the "Order") directing Cesar Pina, Jennifer Iturralde Pina and Raashan Casey to produce copies of all documents requested on Schedule A, B and C of the Subpoenas on or before January 8, 2024. [Doc No. 57].

---

[1] The Debtors in these Chapter 11 case, along with their case numbers are as follows: Whairhouse Real Estate Investments, LLC (Case No. 23-16723 (RG)), Taylor Court Apartments LLC (Case No. 23-16641 (RG)), and Whairhouse Limited Liability Company (Case No. 23-17272 (RG)).
[2] The Motion was specifically emailed to Jennifer Pina on December 6, 2023.

**PLEASE TAKE FURTHER NOTICE**, on December 21, 2023, the Trustee's counsel served the Order upon, amongst others, Jennifer Iturralde Pina at 101 Jasmine Court, Franklin Lakes, New Jersey[3] and Raashan Casey.[4]

**PLEASE TAKE FURTHER NOTICE**, that Cesar Pina and Jennifer Iturralde Pina are in contempt[5] of the Order due to their failure to produce responses to the Subpoenas.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to paragraph 2 in the Order, the Trustee requests the Court schedule a hearing to address appropriate sanctions against Cesar Pina and Jennifer Iturralde Pina for contempt of this Court's Order.

Dated:  January 9, 2024

                                        **McMANIMON, SCOTLAND
& BAUMANN, LLC**
*Counsel for Mark Politan, Ch. 11 Trustee*

                                        By:  */s/ Sari Placona*
                                            Sari Placona

---

[3] Upon and information, Cesar and Jennifer reside at the same address.
[4] On January 5, 2024, counsel for Raashan Casey produced documents to the Trustee. The Trustee is reviewing those documents.
[5] For clarification, on January 9, 2024, Jennifer Pina emailed counsel for the Trustee only two documents. The documents were two certificates of commercial property insurance for real property located at 195 Preakness Avenue, Paterson, NJ and 89 Franklin Avenue, Hawthorne, NJ. These properties are owned by the involuntary debtor, Whairhouse LLC.