

**THE MARCHESE LAW FIRM, LLC**

DANIEL G.P. MARCHESE
CERTIFIED BY THE SUPREME COURT OF NEW JERSEY
AS A CIVIL TRIAL ATTORNEY
93 SPRING STREET, SUITE 300, NEWTON, NJ 07860
OFFICE: (973) 383-3898   FAX: (973) 383-7349
EMAIL: dan@marchesefirm.com

January 8, 2024 (evening)

<u>**VIA EMAIL at: chambers_of_rg@njb.uscourts.gov**</u>
Hon. Rosemary Gambardella
U.S. Bankruptcy Court-District of New Jersey
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

**Re:** **Whairhouse Real Estate Investments, LLC (Case No. 23-16723 (RG));
Whairhouse Limited Liability Company (Case No. 23-17272 (RG)); and,
Taylor Court Apartments LLC (Case No. 23-16641 (RG));
Advising of Raashaun Casey's compliance with Order of the Court of
December 20th, 2023.**

Dear Judge Gambardella:

    Good evening, Your Honor. I represent Raashaun Casey, with regard to the subpoenas issued to him in the above-referenced matters. We are aware that on December 20, 2023, the Court issued an Order compelling the production of documents demanded in those subpoenas. At this time, I am happy to report that on Friday, January 5, 2024, we forwarded our responses and document production to counsel for the Trustee in these aforementioned cases. Given the professional back-and-forth between counsel and I since then, it would appear that indeed the responses and the production were acknowledged and received by the Trustee. With this writing, I therefore confirm my client's compliance with Your Honor's Order. As I offered to Trustee's counsel, I will likewise offer to the Court that should sworn testimony (in any form) be needed to affirm my client's responses and production, he would readily oblige. Thank you.

    Respectfully Submitted,

    */s/ Daniel G.P. Marchese*

    Daniel G.P. Marchese, Esq.
    Attorney ID#: 004291998

DGPM/dm

cc:    Raashaun Casey
       Sari B. Placona, Esq. Counsel to Mark Politan, Chapter 11 Trustee (via email)