Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16723−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Whairhouse Real Estate Investments, LLC
   101 Jasmine Ct
   Franklin Lakes, NJ 07417

Social Security No.:

Employer's Tax I.D. No.:
   81−2624738

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/23/24 at 11:00 AM

to consider and act upon the following:

*74* − Scheduling Order (related document:67 Document re: Notice of Default (related document:57 Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/12/2024. (slm)

Dated: 1/12/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court